UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

**Order Filed on February 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Nereida E. Alvarez, Miguel A. Perez

Debtors.

Case No.: <u>17-28432 MBK</u>

Adv. No.:

Hearing Date: 2/20/18 @ 10:00 a.m..

Judge: <u>Michael B. Kaplan</u>

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 24, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Nereida E. Alvarez, Miguel A. Perez
Case No:  17-28432 MBK
ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Lakeview Loan Servicing, LLC , Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located 50 Coddington Avenue, Hopelawn, NJ, 08861, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Justin M. Gillman, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of February 14, 2018, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due October 2017 through February 2018 for a total post-petition default of $10,807. 30 (5 @ $2,161.46); and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $2,161.46 to be received no later than March 1, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall file a modified plan within fifteen (15) days of the date of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $8,645.84 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume March 1, 2018, directly to Secured Creditor's servicer, Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Nereida E Alvarez  
Miguel A. Perez  
       Debtors

Case No. 17-28432-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 26, 2018  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.  
db/jdb       +Nereida E Alvarez,   Miguel A. Perez,   50 Coddington Avenue,   Perth Amboy, NJ 08861-1558

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2018 at the address(es) listed below:

           Albert   Russo   docs@russotrustee.com  
           Brian C. Nicholas   on behalf of Creditor   LakeView Loan Servicing, LLC  
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com  
           Denise E. Carlon   on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
           Denise E. Carlon   on behalf of Creditor   Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
           Justin M Gillman   on behalf of Joint Debtor Miguel A. Perez abgillman@optonline.net,  
           r47252@notify.bestcase.com  
           Justin M Gillman   on behalf of Debtor Nereida E Alvarez abgillman@optonline.net,  
           r47252@notify.bestcase.com  
           Rebecca Ann Solarz   on behalf of Creditor   LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com  
           Rebecca Ann Solarz   on behalf of Creditor   Lakeview Loan Servicing, LLC rsolarz@kmllawgroup.com  
           U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                             TOTAL: 9