UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Justin M. Gillman, Esq.
Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664
Attorney for Debtor(s)

In Re:

Nereida Alvarez
Miguel Perez

Order Filed on August 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    17-28432

Chapter:    13

Judge:    Michael B. Kaplan

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 28, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __February 23, 2018__ :

Property:     50 Coddington Avenue Perth Amboy, NJ 08861

Creditor:     Lakeview Loan Servicing/Cenlar FSB

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____ , and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____November 20, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2