Form 185 − ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−28432−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nereida E Alvarez
50 Coddington Avenue
Perth Amboy, NJ 08861

Miguel A. Perez
50 Coddington Avenue
Perth Amboy, NJ 08861

Social Security No.:
xxx−xx−3920    xxx−xx−9142

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on May 4, 2018.

On July 19, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: August 28, 2019
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 23, 2019
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Nereida E Alvarez
Miguel A. Perez
Debtors

Case No. 17-28432-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 4 Date Rcvd: Jul 23, 2019
Form ID: 185 Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2019.

db/jdb +Nereida E Alvarez, Miguel A. Perez, 50 Coddington Avenue, Perth Amboy, NJ 08861-1558
517060697 +ARS/Account Resolution Specialist, 1643 Harrison Pkwy Ste 1, Sunrise, FL 33323-2857
517060696 +ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079
517060699 +Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015
517060700 +Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803
517060702 +Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799
517060703 +Belden Jewelers/Sterling Jewelers, Inc, 375 Ghent Rd, Fairlawn, OH 44333-4601
517060704 +BioReference Laboratories, 481 Edward H. Ross Dr., Elmwood Park, NJ 07407-3128
517060715 +Central Jersey Pathology Consultants, PO Box 95000, Philadelphia, PA 19195-0001
517060718 +Chase Mtg, 3415 Vision Dr, Columbus, OH 43219-6009
517060719 +Chase Mtg, Po Box 24696, Columbus, OH 43224-0696
517060722 +Citibank, 701 East 60th Street North, Sioux Falls, SD 57104-0493
517060720 +Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040
517060725 +Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497
517060724 +Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040
517060727 +Credence Resource Management, Po Box 2300, Southgate, MI 48195-4300
517060728 +Credence Resource Management, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1938
517060729 +Credence Resourse Management, LLC, PO Box 2390, Southgate, MI 48195-4390
517060731 ++DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577
(address filed with court: Dell Financial Services, 1 Dell Way, Round Rock, TX 78682)
517218762 +ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408
517060748 Equifax, P.O. Box 740241, Atlanta, GA 30374-0241
517060749 +Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037
517060750 +James Street Anesthesia, PO Box 4640, Rutherford, NJ 07070-0464
517060754 +Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240
517274846 +Lakeview Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430
517060755 +Lincoln Dental Center PC, 2 State Route 27, Edison, NJ 08820-3961
517060756 +Middlesex County Sheriff’s Office, 701 Livingston Ave., P.O. Box 1188, New Brunswick, NJ 08903-1188
517060759 +North Rainbow Emerg Phys, LLC, PO Box 37794, Philadelphia, PA 19101-5094
517060760 +Nys Higher Ed Services, 99 Washington Ave, Albany, NY 12210-2822
517060767 +Pluese, Becker & Saltzman, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318
517060768 +Provident/shore Mortga, 770 S Adams Rd Ste 300, Birmingham, MI 48009-6949
517060775 +RMB Inc., 409 Bearden Park Circle, Knoxville, TN 37919-7448
517060769 +Raritan Bay Medical Center, PO Box 11664, Newark, NJ 07101-4664
517060773 +Regional Women’s Health Group, LLC, PO Box 536, Voorhees, NJ 08043-0536
517060774 +Remex Inc, 307 Wall St, Princeton, NJ 08540-1515
517060776 +Saint Peters University Hospital, 254 Easton Avenue, New Brunswick, NJ 08901-1766
517060777 +State of New Jersey, Department of Labor and Workforce, PO Box 951, Trenton, NJ 08625-0951
517060778 +Surgial Practice Associates, LLC, 98 James Street, Suite 202, Edison, NJ 08820-3902
517060784 TransUnion, P.O. Box 2000, Crum Lynne, PA 19022
517359047 US Department of Education, P O Box 16448, Saint Paul MN 55116-0448
517060785 +University Radiology Group, PC, PO Box 1075, East Brunswick, NJ 08816-1075
517060786 +Wells Fargo Auto Finance, Attn: Bankruptcy, Po Box 29704, Phoenix, AZ 85038-9704
517060787 Wells Fargo Auto Finance, Mac 4031-080, Phoenix, AZ 85038
517060789 +Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697
517060788 +Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

smg E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2019 23:43:34 U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534
smg +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2019 23:43:30 United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235
517060694 E-mail/Text: ebn@americollect.com Jul 23 2019 23:43:41 Americollect Inc, Po Box 1566, 1851 S Alverno Rd, Manitowoc, WI 54221
517060695 E-mail/Text: ebn@americollect.com Jul 23 2019 23:43:41 Americollect Inc, Po Box 1566, Manitowoc, WI 54221
517060698 +E-mail/Text: g20956@att.com Jul 23 2019 23:44:05 AT&T Mobility, 208 S. Akard St, Dallas, TX 75202-4206
517060687 +E-mail/Text: EBNProcessing@afni.com Jul 23 2019 23:43:42 Afni, Inc., 1310 Martin Luther King Dr, PO Box 3517, Bloomington, IL 61702-3517
517147967 E-mail/Text: ally@ebn.phinsolutions.com Jul 23 2019 23:42:25 Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004
517060688 +E-mail/Text: ally@ebn.phinsolutions.com Jul 23 2019 23:42:25 Ally Financial, Po Box 380901, Bloomington, MN 55438-0901
517060689 +E-mail/Text: ally@ebn.phinsolutions.com Jul 23 2019 23:42:25 Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300
517060692 +E-mail/Text: American@AABinfo.net Jul 23 2019 23:42:58 American Adjustment Bu, 73 Field St, Waterbury, CT 06702-1906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

517060691 +E-mail/Text: American@AABinfo.net Jul 23 2019 23:42:58 American Adjustment Bu, Po Box 2758, Waterbury, CT 06723-2758
517060693 +E-mail/Text: American@AABinfo.net Jul 23 2019 23:42:58 American Adjustment Bureau, Inc., 73 Field Street, Waterbury, CT 06702-1906
517263065 E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2019 23:52:00 Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587
517060701 +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 23 2019 23:43:58 Bayview Loan Servicing, 4425 Ponce De Leon BLVD, 5th Fl, Coral Gables, FL 33146-1837
517060707 E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2019 23:51:44 Capital One, 15000 Capital One Dr, Richmond, VA 23238
517060706 +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2019 23:51:44 Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285
517060708 +E-mail/Text: collections@cjfcu.org Jul 23 2019 23:42:26 Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347
517060716 +E-mail/Text: kzoepfel@credit-control.com Jul 23 2019 23:43:35 Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430
517060717 +E-mail/Text: lorijo.davis@ynhh.org Jul 23 2019 23:43:40 Century Financial Services, 23 Maiden Lane, North Haven, CT 06473-2351
517060726 +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2019 23:43:02 Comenity Bank/nwyrk&co, 220 W Schrock Rd, Westerville, OH 43081-2873
517060740 +E-mail/PDF: pa_dc_ed@navient.com Jul 23 2019 23:51:53 Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635
517060732 +E-mail/PDF: pa_dc_ed@navient.com Jul 23 2019 23:52:36 Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635
517218762 +E-mail/Text: ECMCBKNotices@ecmc.org Jul 23 2019 23:43:18 ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408
517168059 E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 23 2019 23:43:46 Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617
517060751 +E-mail/Text: abachman@rmbcollect.com Jul 23 2019 23:44:08 JFK Medical Center, 80 James Street, 4th Floor, Edison, NJ 08820-3938
517207469 +E-mail/Text: bankruptcydpt@mcmcg.com Jul 23 2019 23:43:30 MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011
517060758 +E-mail/PDF: pa_dc_claims@navient.com Jul 23 2019 23:51:13 Navient, Po Box 9500, Wilkes Barre, PA 18773-9500
517060757 +E-mail/PDF: pa_dc_claims@navient.com Jul 23 2019 23:52:33 Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500
517118284 E-mail/PDF: cbp@onemainfinancial.com Jul 23 2019 23:52:11 ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251
517060762 +E-mail/PDF: cbp@onemainfinancial.com Jul 23 2019 23:51:32 OneMain, Po Box 1010, Evansville, IN 47706-1010
517060761 +E-mail/PDF: cbp@onemainfinancial.com Jul 23 2019 23:50:54 OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013
517060765 +E-mail/PDF: cbp@onemainfinancial.com Jul 23 2019 23:51:32 Onemain Financial/Citifinancial, 6801 Colwell Blvd, Irving, TX 75039-3198
517060763 +E-mail/PDF: cbp@onemainfinancial.com Jul 23 2019 23:52:11 Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198
517231101 E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 23:51:49 Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541
517231102 E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 23:51:49 Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541
517131644 E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 23:52:30 Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541
517182727 E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2019 00:07:24 Portfolio Recovery Associates, LLC, c/o RCS Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541
517182499 E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 23:52:30 Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541
517137146 E-mail/Text: bnc-quantum@quantum3group.com Jul 23 2019 23:43:20 Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788
517064217 +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:50:55 Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021
517060779 +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:50:55 Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001
517060781 +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:50:55 Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007
517359047 E-mail/Text: EDBKNotices@ecmc.org Jul 23 2019 23:42:22 US Department of Education, P O Box 16448, Saint Paul MN 55116-0448
517171268 +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 24 2019 00:07:21 Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901

TOTAL: 44

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

517060705 Cap1/bstby
517060690* +Ally Financial, Po Box 380901, Bloomington, MN 55438-0901
517060709* +Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347
517060710* +Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347
517060711* +Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347
517060712* +Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347
517060713* +Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347
517060714* +Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347
517060721* +Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040
517060723* +Citibank, 701 East 60th Street North, Sioux Falls, SD 57104-0493
517060730* ++DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577
(address filed with court: Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708)
517060741* +Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635
517060742* +Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635
517060743* +Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635
517060744* +Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635
517060745* +Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635
517060746* +Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635
517060747* +Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635
517060733* +Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635
517060734* +Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635
517060735* +Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635
517060736* +Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635
517060737* +Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635
517060738* +Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635
517060739* +Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635
517060752* +JFK Medical Center, 80 James Street, 4th Floor, Edison, NJ 08820-3938
517060753* +JFK Medical Center, 80 James Street, 4th Floor, Edison, NJ 08820-3938
517060766* +Onemain Financial/Citifinancial, 6801 Colwell Blvd, Irving, TX 75039-3198
517060764* +Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198
517060770* +Raritan Bay Medical Center, PO Box 11664, Newark, NJ 07101-4664
517060771* +Raritan Bay Medical Center, PO Box 11664, Newark, NJ 07101-4664
517060772* +Raritan Bay Medical Center, PO Box 11664, Newark, NJ 07101-4664
517060780* +Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001
517060782* +Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007
517060783 ##+The Surgery Center at Old Bridge, 2 Hospital Plaza #350, Old Bridge, NJ 08857-3153

TOTALS: 1, * 33, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2019 at the address(es) listed below:

Albert Russo on behalf of Trustee Albert Russo docs@russotrustee.com
Albert Russo docs@russotrustee.com
Brian C. Nicholas on behalf of Creditor LakeView Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
Denise E. Carlon on behalf of Creditor Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Denise E. Carlon on behalf of Creditor LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
Justin M Gillman on behalf of Debtor Nereida E Alvarez ecf@gbclawgroup.com, 5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
Justin M Gillman on behalf of Joint Debtor Miguel A. Perez ecf@gbclawgroup.com, 5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
Rebecca Ann Solarz on behalf of Creditor LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
Rebecca Ann Solarz on behalf of Creditor Lakeview Loan Servicing, LLC rsolarz@kmllawgroup.com
U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10