**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
0 Valuation of Security     0 Assumption of Executory Contract or Unexpired Lease     0 Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:  **Nereida E Alvarez**
        **Miguel A Perez**

Case No.: 17-28432
Judge: Hon. Michael B. Kaplan, USBJ

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included
☑ Modified/Notice Required
☐ Modified/No Notice Required
Date: 9/11/2017

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☑ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney **JMG**     Initial Debtor: **NEA**     Initial Co-Debtor **MAP**

## Part 1: Payment and Length of Plan

a. The debtor shall pay **200.00 Monthly** to the Chapter 13 Trustee, starting on **October 1, 2017** for approximately **7** months, pay **233.00 Monthly** to the Chapter 13 Trustee, starting on **May 1, 2018** for approximately **29** months

b. The debtor shall make plan payments to the Trustee from the following sources:
  ☑ Future Earnings
  ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
  ☐ Sale of real property
  Description:
  Proposed date for completion: _____

  ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

  ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection    **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Justin M. Gillman, Esq.** | **Attorney Fees** | **2,432.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
  Check one:
  ☑ None

2

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

    1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| -NONE- | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### e. Surrender ☑ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|

### f. Secured Claims Unaffected by the Plan ☐ NONE

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| **Cenlar Loan Administration** (Per Loan Modification Agreement and Order Approving Modification entered 12/26/2018. |

### g. Secured Claims to be Paid in Full Through the Plan ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

## Part 5: Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☐ Not less than ___ percent

☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6: Executory Contracts and Unexpired Leases    ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

## Part 7: Motions    ☒ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

4

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

d. **Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

5

| Part 9:  Modification | ■ NONE |
|---|---|
| If this Plan modifies a Plan previously filed in this case, complete the information below.<br>Date of Plan being modified:**March 23, 2018**. | |
| Explain below **why** the plan is being modified:<br>**Debtors obtained loan modification and Plan proposes to treat Lakeview Loan Servicing/Cenlar outside the Plan pursuant to the modification. Reject auto lease of Ally Bank** | Explain below **how** the plan is being modified:<br>**To treat Lakeview Loan Servicing/Cenlar outside the Plan purusant to the loan modification.  Reject auto lease of Ally Bank** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

### Part 10 :  Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
☑ Explain here:
**\*This plan is a step plan or has lumpsum payments as follows: $200.00 per month for 7 months, then $233.00 per month for 29 months**

Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:  July 18, 2019                       /s/ Nereida E Alvarez
                                            **Nereida E Alvarez**
                                            Debtor

Date:  July 18, 2019                       /s/ Miguel A Perez
                                            **Miguel A Perez**
                                            Joint Debtor

Date   July 18, 2019                       /s/ Justin M. Gillman, Esq.
                                            **Justin M. Gillman, Esq.**
                                            Attorney for the Debtor(s)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                                Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-28432-MBK
Nereida E Alvarez                                                         Chapter 13
Miguel A. Perez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                    Page 1 of 4              Date Rcvd: Jul 23, 2019
                               Form ID: pdf901                Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2019.
```
db/jdb         +Nereida E Alvarez,    Miguel A. Perez,    50 Coddington Avenue,    Perth Amboy, NJ 08861-1558
517060697      +ARS/Account Resolution Specialist,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
517060696      +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
517060699      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517060700      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
517060702      +Belden Jewelers/Sterling Jewelers, Inc,    Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799
517060703      +Belden Jewelers/Sterling Jewelers, Inc,    375 Ghent Rd,    Fairlawn, OH 44333-4601
517060704      +BioReference Laboratories,    481 Edward H. Ross Dr.,    Elmwood Park, NJ 07407-3128
517060715      +Central Jersey Pathology Consultants,    PO Box 95000,    Philadelphia, PA 19195-0001
517060718      +Chase Mtg,    3415 Vision Dr,    Columbus, OH 43219-6009
517060719      +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
517060722      +Citibank,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517060720      +Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
517060725      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
517060724      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517060727      +Credence Resource Management,    Po Box 2300,    Southgate, MI 48195-4300
517060728      +Credence Resource Management,    17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1938
517060729      +Credence Resourse Management, LLC,    PO Box 2390,    Southgate, MI 48195-4390
517060731     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,     1 Dell Way,    Round Rock, TX 78682)
517218762      +ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
517060748       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517060749      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517060750      +James Street Anesthesia,    PO Box 4640,    Rutherford, NJ 07070-0464
517060754      +Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
517274846      +Lakeview Loan Servicing, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
517060755      +Lincoln Dental Center PC,    2 State Route 27,    Edison, NJ 08820-3961
517060756      +Middlesex County Sheriff's Office,    701 Livingston Ave.,    P.O. Box 1188,
                 New Brunswick, NJ 08903-1188
517060759      +North Rainbow Emerg Phys, LLC,    PO Box 37794,    Philadelphia, PA 19101-5094
517060760      +Nys Higher Ed Services,    99 Washington Ave,    Albany, NY 12210-2822
517060767      +Pluese, Becker & Saltzman,    20000 Horizon Way,    Suite 900,    Mount Laurel, NJ 08054-4318
517060768      +Provident/shore Mortga,    770 S Adams Rd Ste 300,    Birmingham, MI 48009-6949
517060775      +RMB Inc.,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
517060769      +Raritan Bay Medical Center,    PO Box 11664,    Newark, NJ 07101-4664
517060773      +Regional Women's Health Group, LLC,    PO Box 536,    Voorhees, NJ 08043-0536
517060774      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517060776      +Saint Peters University Hospital,    254 Easton Avenue,    New Brunswick, NJ 08901-1766
517060777      +State of New Jersey,    Department of Labor and Workforce,    PO Box 951,
                 Trenton, NJ 08625-0951
517060778      +Surgial Practice Associates, LLC,    98 James Street, Suite 202,    Edison, NJ 08820-3902
517060784       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
517359047       US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448
517060785      +University Radiology Group, PC,    PO Box 1075,    East Brunswick, NJ 08816-1075
517060786      +Wells Fargo Auto Finance,    Attn: Bankruptcy,    Po Box 29704,    Phoenix, AZ 85038-9704
517060787       Wells Fargo Auto Finance,    Mac 4031-080,    Phoenix, AZ 85038
517060789      +Wells Fargo Dealer Services,    Po Box 1697,    Winterville, NC 28590-1697
517060788      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2019 23:43:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2019 23:43:31       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517060694       E-mail/Text: ebn@americollect.com Jul 23 2019 23:43:42      Americollect Inc,    Po Box 1566,
                 1851 S Alverno Rd,    Manitowoc, WI 54221
517060695       E-mail/Text: ebn@americollect.com Jul 23 2019 23:43:42      Americollect Inc,    Po Box 1566,
                 Manitowoc, WI 54221
517060698      +E-mail/Text: g20956@att.com Jul 23 2019 23:44:07      AT&T Mobility,    208 S. Akard St,
                 Dallas, TX 75202-4206
517060687      +E-mail/Text: EBNProcessing@afni.com Jul 23 2019 23:43:43      Afni, Inc.,
                 1310 Martin Luther King Dr,    PO Box 3517,    Bloomington, IL 61702-3517
517147967       E-mail/Text: ally@ebn.phinsolutions.com Jul 23 2019 23:42:25      Ally Bank Lease Trust,
                 PO Box 130424,    Roseville MN 55113-0004
517060688      +E-mail/Text: ally@ebn.phinsolutions.com Jul 23 2019 23:42:25      Ally Financial,
                 Po Box 380901,    Bloomington, MN 55438-0901
517060689      +E-mail/Text: ally@ebn.phinsolutions.com Jul 23 2019 23:42:25      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
517060692      +E-mail/Text: American@AABinfo.net Jul 23 2019 23:42:58      American Adjustment Bu,
                 73 Field St,    Waterbury, CT 06702-1906
```

```
District/off: 0312-3                  User: admin                     Page 2 of 4                    Date Rcvd: Jul 23, 2019
                                      Form ID: pdf901                 Total Noticed: 87


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517060691      +E-mail/Text: American@AABinfo.net Jul 23 2019 23:42:58      American Adjustment Bu,
                 Po Box 2758,    Waterbury, CT 06723-2758
517060693      +E-mail/Text: American@AABinfo.net Jul 23 2019 23:42:58      American Adjustment Bureau, Inc.,
                 73 Field Street,    Waterbury, CT 06702-1906
517263065       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2019 23:51:23
                 Ashley Funding Services, LLC its successors and,     assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517060701      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 23 2019 23:43:58
                 Bayview Loan Servicing,    4425 Ponce De Leon BLVD,    5th Fl,   Coral Gables, FL 33146-1837
517060707       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2019 23:52:29      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517060706      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2019 23:51:48      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517060708      +E-mail/Text: collections@cjfcu.org Jul 23 2019 23:42:26      Central Jersey Fcu,    380 Berry St,
                 Woodbridge, NJ 07095-3347
517060716      +E-mail/Text: kzoepfel@credit-control.com Jul 23 2019 23:43:35      Central Loan Admin & R,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
517060717      +E-mail/Text: lorijo.davis@ynhh.org Jul 23 2019 23:43:40      Century Financial Services,
                 23 Maiden Lane,    North Haven, CT 06473-2351
517060726      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2019 23:43:16      Comenity Bank/nwyrk&co,
                 220 W Schrock Rd,    Westerville, OH 43081-2873
517060740      +E-mail/PDF: pa_dc_ed@navient.com Jul 23 2019 23:51:53      Dept Of Ed/Navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
517060732      +E-mail/PDF: pa_dc_ed@navient.com Jul 23 2019 23:51:15      Dept Of Ed/Navient,
                 Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517218762      +E-mail/Text: ECMCBKNotices@ecmc.org Jul 23 2019 23:43:19      ECMC,   PO BOX 16408,
                 ST. PAUL, MN 55116-0408
517168059       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 23 2019 23:43:50      Jefferson Capital Systems LLC,
                 PO Box 7999,    St Cloud MN 56302-9617
517060751      +E-mail/Text: abachman@rmbcollect.com Jul 23 2019 23:44:08      JFK Medical Center,
                 80 James Street, 4th Floor,    Edison, NJ 08820-3938
517207469      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 23 2019 23:43:30      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517060758      +E-mail/PDF: pa_dc_claims@navient.com Jul 23 2019 23:51:14      Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
517060757      +E-mail/PDF: pa_dc_claims@navient.com Jul 23 2019 23:51:55      Navient,   Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
517118284       E-mail/PDF: cbp@onemainfinancial.com Jul 23 2019 23:52:17      ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
517060762      +E-mail/PDF: cbp@onemainfinancial.com Jul 23 2019 23:52:14      OneMain,   Po Box 1010,
                 Evansville, IN 47706-1010
517060761      +E-mail/PDF: cbp@onemainfinancial.com Jul 23 2019 23:52:12      OneMain,   Attn: Bankruptcy,
                 601 Nw 2nd St,    Evansville, IN 47708-1013
517060765      +E-mail/PDF: cbp@onemainfinancial.com Jul 23 2019 23:52:12      Onemain Financial/Citifinancial,
                 6801 Colwell Blvd,    Irving, TX 75039-3198
517060763      +E-mail/PDF: cbp@onemainfinancial.com Jul 23 2019 23:51:33      Onemain Financial/Citifinancial,
                 6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
517231101       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 23:52:33
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
517231102       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 23:51:52
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
517131644       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 23:51:51
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517182727       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 23:52:34
                 Portfolio Recovery Associates, LLC,    c/o RCS Direct Marketing/Orchard Bank,    POB 41067,
                 Norfolk VA 23541
517182499       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 23:52:33
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
517137146       E-mail/Text: bnc-quantum@quantum3group.com Jul 23 2019 23:43:25
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA   98083-0788
517064217      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:52:25      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517060779      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:51:43      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517060781      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:51:04      Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
517359047       E-mail/Text: EDBKNotices@ecmc.org Jul 23 2019 23:42:24      US Department of Education,
                 P O Box 16448,    Saint Paul MN 55116-0448
517171268      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 23 2019 23:52:04      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 44
```

```
District/off: 0312-3          User: admin              Page 3 of 4           Date Rcvd: Jul 23, 2019
                              Form ID: pdf901          Total Noticed: 87


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517060705         Cap1/bstby
517060690*       +Ally Financial,    Po Box 380901,    Bloomington, MN 55438-0901
517060709*       +Central Jersey Fcu,    380 Berry St,    Woodbridge, NJ 07095-3347
517060710*       +Central Jersey Fcu,    380 Berry St,    Woodbridge, NJ 07095-3347
517060711*       +Central Jersey Fcu,    380 Berry St,    Woodbridge, NJ 07095-3347
517060712*       +Central Jersey Fcu,    380 Berry St,    Woodbridge, NJ 07095-3347
517060713*       +Central Jersey Fcu,    380 Berry St,    Woodbridge, NJ 07095-3347
517060714*       +Central Jersey Fcu,    380 Berry St,    Woodbridge, NJ 07095-3347
517060721*       +Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
517060723*       +Citibank,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517060730*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services,     Attn: Bankruptcy,    Po Box 81577,
                   Austin, TX 78708)
517060741*       +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
517060742*       +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
517060743*       +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
517060744*       +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
517060745*       +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
517060746*       +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
517060747*       +Dept Of Ed/Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
517060733*       +Dept Of Ed/Navient,    Attn: Claims Dept,     P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517060734*       +Dept Of Ed/Navient,    Attn: Claims Dept,     P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517060735*       +Dept Of Ed/Navient,    Attn: Claims Dept,     P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517060736*       +Dept Of Ed/Navient,    Attn: Claims Dept,     P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517060737*       +Dept Of Ed/Navient,    Attn: Claims Dept,     P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517060738*       +Dept Of Ed/Navient,    Attn: Claims Dept,     P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517060739*       +Dept Of Ed/Navient,    Attn: Claims Dept,     P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517060752*       +JFK Medical Center,    80 James Street, 4th Floor,    Edison, NJ 08820-3938
517060753*       +JFK Medical Center,    80 James Street, 4th Floor,    Edison, NJ 08820-3938
517060766*       +Onemain Financial/Citifinancial,    6801 Colwell Blvd,    Irving, TX 75039-3198
517060764*       +Onemain Financial/Citifinancial,    6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
517060770*       +Raritan Bay Medical Center,    PO Box 11664,    Newark, NJ 07101-4664
517060771*       +Raritan Bay Medical Center,    PO Box 11664,    Newark, NJ 07101-4664
517060772*       +Raritan Bay Medical Center,    PO Box 11664,    Newark, NJ 07101-4664
517060780*       +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517060782*       +Synchrony Bank/ JC Penneys,    Po Box 965007,    Orlando, FL 32896-5007
517060783       ##+The Surgery Center at Old Bridge,    2 Hospital Plaza #350,    Old Bridge, NJ 08857-3153
                                                                                             TOTALS: 1, * 33, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2019 at the address(es) listed below:
      Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Albert  Russo    docs@russotrustee.com
      Brian C. Nicholas    on behalf of Creditor   LakeView Loan Servicing, LLC
       bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor   Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 4 of 4              Date Rcvd: Jul 23, 2019
                              Form ID: pdf901          Total Noticed: 87
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Justin M Gillman    on behalf of Debtor Nereida E Alvarez ecf@gbclawgroup.com, 5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
          Justin M Gillman    on behalf of Joint Debtor Miguel A. Perez ecf@gbclawgroup.com, 5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
          Rebecca Ann Solarz    on behalf of Creditor    LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Lakeview Loan Servicing, LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                             TOTAL: 10