| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Lakeview Loan Servicing, LLC | **Order Filed on April 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>    Nereida E. Alvarez, Miguel A. Perez<br><br>Debtors. | Case No.: 17-28432 MBK<br><br>Adv. No.:<br><br>Hearing Date: 2/20/18 @ 10:00 a.m..<br><br>Judge: Michael B. Kaplan |

## AMENDED ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 16, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Nereida E. Alvarez, Miguel A. Perez
Case No:  17-28432 MBK
ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Lakeview Loan Servicing, LLC , Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located 50 Coddington Avenue, Hopelawn, NJ, 08861, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Justin M. Gillman, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that the order entered February 24, 2018 is hereby modified to conform to the terms of the loan modification; and

It is further **ORDERED, ADJUDGED and DECREED** that the amount of arrears added to the plan to be paid  by the trustee is hereby reduced to $1,276.16.