Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17−28432−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nereida E Alvarez
50 Coddington Avenue
Perth Amboy, NJ 08861

Miguel A. Perez
50 Coddington Avenue
Perth Amboy, NJ 08861

Social Security No.:
  xxx−xx−3920

xxx−xx−9142

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/23/22 at 09:00 AM

to consider and act upon the following:

*80* − Motion for Relief from Stay re: 50 Coddington Avenue, Perth Amboy, NJ 08861. Fee Amount $ 188. Filed by Richard Gerbino on behalf of Lakeview Loan Servicing, LLC by its servicing agent Nationstar Mortgage LLC. Hearing scheduled for 11/22/2022 at 09:00 AM at Telephonic/Video Conference. (Attachments: # 1 Exhibit # 2 Notice of Hearing # 3 Certificate of Service # 4 Proposed Order) (Gerbino, Richard)

Dated: 10/21/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court