Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−28432−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Nereida E Alvarez                             Miguel A. Perez
   50 Coddington Avenue                          50 Coddington Avenue
   Perth Amboy, NJ 08861                         Perth Amboy, NJ 08861

Social Security No.:
   xxx−xx−3920                                   xxx−xx−9142

Employer's Tax I.D. No.:

### NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       12/14/22
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Justin M Gillman, Debtor's Attorney

COMMISSION OR FEES
fee: $1,202.50

EXPENSES
expenses: $0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 18, 2022
JAN:

                                                 Jeanne Naughton
                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 17-28432-MBK

Nereida E Alvarez     Chapter 13

Miguel A. Perez

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 6

Date Rcvd: Nov 18, 2022     Form ID: 137     Total Noticed: 97

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nereida E Alvarez, Miguel A. Perez, 50 Coddington Avenue, Perth Amboy, NJ 08861-1558 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC C/O FLAGSTAR BANK, FS, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517060697 | + | ARS/Account Resolution Specialist, 1643 Harrison Pkwy Ste 1, Sunrise, FL 33323-2857 |
| 517060703 | + | Belden Jewelers/Sterling Jewelers, Inc, 375 Ghent Rd, Fairlawn, OH 44333-4601 |
| 517060704 | + | BioReference Laboratories, 481 Edward H. Ross Dr., Elmwood Park, NJ 07407-3128 |
| 517060715 | + | Central Jersey Pathology Consultants, PO Box 95000, Philadelphia, PA 19195-0001 |
| 517060717 | + | Century Financial Services, 23 Maiden Lane, North Haven, CT 06473-2351 |
| 517060750 | + | James Street Anesthesia, PO Box 4640, Rutherford, NJ 07070-0464 |
| 517060755 | + | Lincoln Dental Center PC, 2 State Route 27, Edison, NJ 08820-3961 |
| 517060756 | + | Middlesex County Sheriff's Office, 701 Livingston Ave., P.O. Box 1188, New Brunswick, NJ 08903-1188 |
| 517060759 | + | North Rainbow Emerg Phys, LLC, PO Box 37794, Philadelphia, PA 19101-5094 |
| 517060760 | + | Nys Higher Ed Services, 99 Washington Ave, Albany, NY 12210-2822 |
| 517060767 | + | Pluese, Becker & Saltzman, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 517060768 | | Provident/shore Mortga, 770 S Adams Rd Ste 300, Birmingham, MI 48009 |
| 517060775 | + | RMB Inc., 409 Bearden Park Circle, Knoxville, TN 37919-7406 |
| 517060769 | + | Raritan Bay Medical Center, PO Box 11664, Newark, NJ 07101-4664 |
| 517060773 | + | Regional Women's Health Group, LLC, PO Box 536, Voorhees, NJ 08043-0536 |
| 517060776 | + | Saint Peters University Hospital, 254 Easton Avenue, New Brunswick, NJ 08901-1766 |
| 517060777 | + | State of New Jersey, Department of Labor and Workforce, PO Box 951, Trenton, NJ 08625-0951 |
| 517060778 | + | Surgial Practice Associates, LLC, 98 James Street, Suite 202, Edison, NJ 08820-3902 |
| 517060783 | + | The Surgery Center at Old Bridge, 2 Hospital Plaza #350, Old Bridge, NJ 08857-3153 |
| 517060785 | + | University Radiology Group, PC, PO Box 1075, East Brunswick, NJ 08816-1075 |
| 517060787 | | Wells Fargo Auto Finance, Mac 4031-080, Phoenix, AZ 85038 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517060694 | | Email/Text: ebn@americollect.com | Nov 18 2022 20:41:00 | Americollect Inc, Po Box 1566, 1851 S Alverno Rd, Manitowoc, WI 54221 |
| 517060695 | | Email/Text: ebn@americollect.com | Nov 18 2022 20:41:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 517060696 | ^ | MEBN | Nov 18 2022 20:38:13 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 517060698 | + | Email/Text: g20956@att.com | | |

Case 17-28432-MBK    Doc 84    Filed 11/20/22    Entered 11/21/22 00:17:16    Desc Imaged
                              Certificate of Notice    Page 4 of 8

| District/off: 0312-3 | User: admin | Page 2 of 6 |
| --- | --- | --- |
| Date Rcvd: Nov 18, 2022 | Form ID: 137 | Total Noticed: 97 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
| --- | --- | --- | --- | --- |
| | | | Nov 18 2022 20:42:00 | AT&T Mobility, 208 S. Akard St, Dallas, TX 75202-4206 |
| 517060687 | + | Email/Text: EBNProcessing@afni.com | Nov 18 2022 20:41:00 | Afni, Inc., 1310 Martin Luther King Dr, PO Box 3517, Bloomington, IL 61702-3517 |
| 517147967 | | Email/Text: ally@ebn.phinsolutions.com | Nov 18 2022 20:41:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 517060688 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 18 2022 20:41:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 517060689 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 18 2022 20:41:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517060691 | + | Email/Text: American@AABinfo.net | Nov 18 2022 20:41:00 | American Adjustment Bu, Po Box 2758, Waterbury, CT 06723-2758 |
| 517060692 | + | Email/Text: American@AABinfo.net | Nov 18 2022 20:41:00 | American Adjustment Bu, 73 Field St, Waterbury, CT 06702-1906 |
| 517060693 | + | Email/Text: American@AABinfo.net | Nov 18 2022 20:41:00 | American Adjustment Bureau, Inc., 73 Field Street, Waterbury, CT 06702-1906 |
| 517263065 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 20:44:31 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517060700 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 18 2022 20:41:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517060699 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 18 2022 20:41:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517060701 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 18 2022 20:41:00 | Bayview Loan Servicing, 4425 Ponce De Leon BLVD, 5th Fl, Coral Gables, FL 33146-1839 |
| 517060702 | ^ | MEBN | Nov 18 2022 20:37:02 | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 517060707 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2022 20:44:35 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517060706 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2022 20:44:28 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517060708 | + | Email/Text: collections@cjfcu.org | Nov 18 2022 20:41:00 | Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347 |
| 517060716 | + | Email/Text: clientservices@credit-control.com | Nov 18 2022 20:41:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517060722 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2022 20:44:39 | Citibank, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517060720 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2022 20:44:32 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517060725 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2022 20:44:39 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517060724 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2022 20:44:25 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517060726 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2022 20:41:00 | Comenity Bank/nwyrk&co, 220 W Schrock Rd, Westerville, OH 43081-2873 |
| 517060728 | + | Email/Text: bankruptcy@credencerm.com | Nov 18 2022 20:42:00 | Credence Resource Management, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1940 |
| 517060727 | + | Email/Text: bankruptcy@credencerm.com | Nov 18 2022 20:42:00 | Credence Resource Management, Po Box 2300, Southgate, MI 48195-4300 |

Case 17-28432-MBK    Doc 84    Filed 11/20/22    Entered 11/21/22 00:17:16    Desc Imaged
                                Certificate of Notice    Page 5 of 8

| District/off: 0312-3 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: 137 | Total Noticed: 97 |

| | | | | |
|---|---|---|---|---|
| 517060729 | + | Email/Text: bankruptcy@credencerm.com | Nov 18 2022 20:42:00 | Credence Resourse Management, LLC, PO Box 2390, Southgate, MI 48195-4390 |
| 517060731 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 18 2022 20:44:23 | Dell Financial Services, 1 Dell Way, Round Rock, TX 78682 |
| 517060730 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 18 2022 20:44:30 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 517060740 | + | Email/PDF: pa_dc_ed@navient.com | Nov 18 2022 20:44:29 | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517060732 | + | Email/PDF: pa_dc_ed@navient.com | Nov 18 2022 20:44:37 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 517218762 | + | Email/Text: ECMCBKNotices@ecmc.org | Nov 18 2022 20:41:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517060748 | ^ | MEBN | Nov 18 2022 20:36:37 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517060749 | ^ | MEBN | Nov 18 2022 20:37:50 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518978837 | | Email/Text: cashiering-administrationservices@flagstar.com | Nov 18 2022 20:42:00 | FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 518978838 | | Email/Text: cashiering-administrationservices@flagstar.com | Nov 18 2022 20:42:00 | FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY, MI 48098-2639, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 517168059 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 18 2022 20:42:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 517060751 | + | Email/Text: abachman@rmbcollect.com | Nov 18 2022 20:42:00 | JFK Medical Center, 80 James Street, 4th Floor, Edison, NJ 08820-3938 |
| 517060718 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 18 2022 20:44:34 | Chase Mtg, 3415 Vision Dr, Columbus, OH 43219 |
| 517060719 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 18 2022 20:44:28 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 517060754 | | Email/Text: govtaudits@labcorp.com | Nov 18 2022 20:41:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |
| 517274846 | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 18 2022 20:41:00 | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519349317 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 18 2022 20:41:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 519349318 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 18 2022 20:41:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 517207469 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2022 20:41:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517060757 | + | Email/PDF: pa_dc_claims@navient.com | Nov 18 2022 20:44:22 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517060758 | + | Email/PDF: pa_dc_claims@navient.com | Nov 18 2022 20:44:30 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 517118284 | | Email/PDF: cbp@onemainfinancial.com | Nov 18 2022 20:44:34 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 517060761 | + | Email/PDF: cbp@onemainfinancial.com | Nov 18 2022 20:44:20 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 517060762 | + | Email/PDF: cbp@onemainfinancial.com | Nov 18 2022 20:44:27 | OneMain, Po Box 1010, Evansville, IN 47706-1010 |

Case 17-28432-MBK    Doc 84    Filed 11/20/22    Entered 11/21/22 00:17:16    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0312-3 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: 137 | Total Noticed: 97 |

| | | | | |
|---|---|---|---|---|
| 517060763 | + | Email/PDF: cbp@onemainfinancial.com | Nov 18 2022 20:44:18 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 517060765 | + | Email/PDF: cbp@onemainfinancial.com | Nov 18 2022 20:44:19 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517231102 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2022 20:44:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517131644 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2022 20:44:31 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517182727 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2022 20:44:38 | Portfolio Recovery Associates, LLC, c/o RCS Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 517182499 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2022 20:44:23 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517231101 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2022 20:44:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517137146 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2022 20:41:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517060774 | + | Email/Text: clientservices@remexinc.com | Nov 18 2022 20:41:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 519729626 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 18 2022 20:41:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 519729627 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 18 2022 20:41:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, RightPath Servicing 75261-9096, ATTN: Bankruptcy Dept. |
| 517064217 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2022 20:44:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517060779 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2022 20:44:22 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517060781 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2022 20:44:28 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517060784 | ^ | MEBN | Nov 18 2022 20:37:24 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517359047 | | Email/Text: EDBKNotices@ecmc.org | Nov 18 2022 20:41:00 | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |
| 517171268 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 18 2022 20:44:38 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517060786 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 18 2022 20:44:29 | Wells Fargo Auto Finance, Attn: Bankruptcy, Po Box 29704, Phoenix, AZ 85038-9704 |
| 517060789 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 18 2022 20:44:29 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 517060788 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 18 2022 20:44:21 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 73

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-3 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: 137 | Total Noticed: 97 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517060705 | | Cap1/bstby |
| 517060690 | *+ | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 517060709 | *+ | Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347 |
| 517060710 | *+ | Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347 |
| 517060711 | *+ | Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347 |
| 517060712 | *+ | Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347 |
| 517060713 | *+ | Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347 |
| 517060714 | *+ | Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347 |
| 517060723 | *+ | Citibank, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517060721 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517060741 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517060742 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517060743 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517060744 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517060745 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517060746 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517060747 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517060733 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 517060734 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 517060735 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 517060736 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 517060737 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 517060738 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 517060739 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 517060752 | *+ | JFK Medical Center, 80 James Street, 4th Floor, Edison, NJ 08820-3938 |
| 517060753 | *+ | JFK Medical Center, 80 James Street, 4th Floor, Edison, NJ 08820-3938 |
| 517060764 | *+ | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 517060766 | *+ | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517060770 | *+ | Raritan Bay Medical Center, PO Box 11664, Newark, NJ 07101-4664 |
| 517060771 | *+ | Raritan Bay Medical Center, PO Box 11664, Newark, NJ 07101-4664 |
| 517060772 | *+ | Raritan Bay Medical Center, PO Box 11664, Newark, NJ 07101-4664 |
| 517060780 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517060782 | *+ | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |

TOTAL: 1 Undeliverable, 32 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2022         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |

| District/off: 0312-3 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: 137 | Total Noticed: 97 |

Aleisha Candace Jennings
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC ajennings@raslg.com

Brian C. Nicholas
    on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Charles G. Wohlrab
    on behalf of Creditor LakeView Loan Servicing LLC cwohlrab@raslg.com

Denise E. Carlon
    on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor LakeView Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC C/O FLAGSTAR BANK, FSB dmcdonough@flwlaw.com

Justin M Gillman
    on behalf of Debtor Nereida E Alvarez ecf@gbclawgroup.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Justin M Gillman
    on behalf of Joint Debtor Miguel A. Perez ecf@gbclawgroup.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Richard Gerbino
    on behalf of Creditor LakeView Loan Servicing LLC rgerbino@schillerknapp.com,
    kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Richard Gerbino
    on behalf of Creditor Lakeview Loan Servicing LLC by its servicing agent Nationstar Mortgage LLC
    rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13