| | |
|---|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Schiller, Knapp, Lefkowitz & Hertzel, LLP<br>95 Mount Bethel Road, Suite 3<br>Warren, New Jersey  07059<br>(551) 280-9780<br>Richard A. Gerbino, Esq. (ID #057351993)<br>Attorneys for Creditor Lakeview Loan Servicing, LLC | Order Filed on November 22, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Nereida E Alvarez<br>Miguel A Perez,<br><br>                                  Debtors. | Case No.: 17-28432-MBK<br><br>Hearing Date:   11/22/2022 @ 9:00 a.m.<br><br>Judge: Hon. Michael B. Kaplan<br><br>Chapter: 13 |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) and three (3) are hereby **ORDERED.**

**DATED: November 22, 2022**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
Debtor: Nereida E Alvarez Miguel A Perez
Case No.: 17-28432-MBK
<u>Caption of Order:</u> **Order Vacating Automatic Stay**

    Upon the motion of Creditor, Lakeview Loan Servicing, LLC, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code §362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

    ORDERED as follows:

    The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

    Land and premises commonly known as **50 Coddington Avenue, Perth Amboy , NJ 08861.**

    It is further ORDERED that the movant, its successors or assignees, may proceed with its right and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement to possession of the property.

**Page 3**
Debtor: Nereida E Alvarez Miguel A Perez
Case No.: 17-28432-MBK
Caption of Order: **Order Vacating Automatic Stay**

The movant may join the debtors and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtors, any trustee and any other party who entered an appearance on the motion.

The Trustee shall receive notice of any surplus monies received.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 17-28432-MBK
Nereida E Alvarez                                                                                Chapter 13
Miguel A. Perez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                Page 1 of 2
Date Rcvd: Nov 22, 2022         Form ID: pdf903            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Nereida E Alvarez, Miguel A. Perez, 50 Coddington Avenue, Perth Amboy, NJ 08861-1558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2022            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC ajennings@raslg.com |
| Brian C. Nicholas | on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor LakeView Loan Servicing LLC cwohlrab@raslg.com |
| Denise E. Carlon | |

Denise E. Carlon
    on behalf of Creditor LakeView Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

    on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC C/O FLAGSTAR BANK, FSB dmcdonough@flwlaw.com

Justin M Gillman
    on behalf of Joint Debtor Miguel A. Perez ecf@gbclawgroup.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Justin M Gillman
    on behalf of Debtor Nereida E Alvarez ecf@gbclawgroup.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Richard Gerbino
    on behalf of Creditor Lakeview Loan Servicing LLC by its servicing agent Nationstar Mortgage LLC
    rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Richard Gerbino
    on behalf of Creditor LakeView Loan Servicing LLC rgerbino@schillerknapp.com,
    kcollins@schillerknapp.com;lgadomski@schillerknapp.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13