**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on December 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Nereida Alvarez and Miguel Perez, | Case No. 17-28432 |
| Debtor(s). | Hearing Date: December 14, 2022 |
| | Judge: Michael B. Kaplan |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: December 16, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4877-6002-7198, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Justin Gillman_____, the applicant, is allowed a fee of $_____1,202.50_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1,202.50_____. The allowance is payable:

☒ $_____0_____ through the Chapter 13 plan as an administrative priority.

☒ $____1,202.50____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ____n/a____ months to allow for payment of the above fee.

*rev.8/1/15*

4877-6002-7198, v. 1