**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Nereida E Alvarez | | Social Security number or ITIN   xxx–xx–3920 |
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Miguel A. Perez | | Social Security number or ITIN   xxx–xx–9142 |
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | | |
| Case number:   17–28432–MBK | | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nereida E Alvarez                                    Miguel A. Perez


<u>3/2/23</u>                                    **By the court:** <u>Michael B. Kaplan</u>
                                                    United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 17-28432-MBK |
|---|---|
| Nereida E Alvarez | Chapter 13 |
| Miguel A. Perez | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: 3180W | Total Noticed: 97 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nereida E Alvarez, Miguel A. Perez, 50 Coddington Avenue, Perth Amboy, NJ 08861-1558 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC C/O FLAGSTAR BANK, FS, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517060697 | + | ARS/Account Resolution Specialist, 1643 Harrison Pkwy Ste 1, Sunrise, FL 33323-2857 |
| 517060703 | + | Belden Jewelers/Sterling Jewelers, Inc, 375 Ghent Rd, Fairlawn, OH 44333-4601 |
| 517060704 | + | BioReference Laboratories, 481 Edward H. Ross Dr., Elmwood Park, NJ 07407-3128 |
| 517060715 | + | Central Jersey Pathology Consultants, PO Box 95000, Philadelphia, PA 19195-0001 |
| 517060717 | + | Century Financial Services, 23 Maiden Lane, North Haven, CT 06473-2351 |
| 517060740 | + | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517060732 | + | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 517060750 | + | James Street Anesthesia, PO Box 4640, Rutherford, NJ 07070-0464 |
| 517060755 | + | Lincoln Dental Center PC, 2 State Route 27, Edison, NJ 08820-3961 |
| 517060756 | + | Middlesex County Sheriff's Office, 701 Livingston Ave., P.O. Box 1188, New Brunswick, NJ 08903-1188 |
| 517060759 | + | North Rainbow Emerg Phys, LLC, PO Box 37794, Philadelphia, PA 19101-5094 |
| 517060760 | + | Nys Higher Ed Services, 99 Washington Ave, Albany, NY 12210-2822 |
| 517060767 | + | Pluese, Becker & Saltzman, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 517060768 | | Provident/shore Mortga, 770 S Adams Rd Ste 300, Birmingham, MI 48009 |
| 517060775 | + | RMB Inc., 409 Bearden Park Circle, Knoxville, TN 37919-7406 |
| 517060769 | + | Raritan Bay Medical Center, PO Box 11664, Newark, NJ 07101-4664 |
| 517060773 | + | Regional Women's Health Group, LLC, PO Box 536, Voorhees, NJ 08043-0536 |
| 517060776 | + | Saint Peters University Hospital, 254 Easton Avenue, New Brunswick, NJ 08901-1766 |
| 517060777 | + | State of New Jersey, Department of Labor and Workforce, PO Box 951, Trenton, NJ 08625-0951 |
| 517060778 | + | Surgial Practice Associates, LLC, 98 James Street, Suite 202, Edison, NJ 08820-3902 |
| 517060783 | + | The Surgery Center at Old Bridge, 2 Hospital Plaza #350, Old Bridge, NJ 08857-3153 |
| 517060785 | + | University Radiology Group, PC, PO Box 1075, East Brunswick, NJ 08816-1075 |
| 517060787 | | Wells Fargo Auto Finance, Mac 4031-080, Phoenix, AZ 85038 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 02 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517060694 | | Email/Text: ebn@americollect.com | Mar 02 2023 20:52:00 | Americollect Inc, Po Box 1566, 1851 S Alverno Rd, Manitowoc, WI 54221 |
| 517060695 | | Email/Text: ebn@americollect.com | Mar 02 2023 20:52:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 517060696 | ^ | MEBN | Mar 02 2023 20:47:20 | ARS/Account Resolution Specialist, Po Box |

|  |  |  |  | 459079, Sunrise, FL 33345-9079 |
|---|---|---|---|---|
| 517060698 | + | EDI: CINGMIDLAND.COM | | |
| | | | Mar 03 2023 01:34:00 | AT&T Mobility, 208 S. Akard St, Dallas, TX 75202-4206 |
| 517060687 | + | Email/Text: EBNProcessing@afni.com | | |
| | | | Mar 02 2023 20:52:00 | Afni, Inc., 1310 Martin Luther King Dr, PO Box 3517, Bloomington, IL 61702-3517 |
| 517147967 | | EDI: GMACFS.COM | | |
| | | | Mar 03 2023 01:34:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 517060688 | + | EDI: GMACFS.COM | | |
| | | | Mar 03 2023 01:34:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 517060689 | + | EDI: GMACFS.COM | | |
| | | | Mar 03 2023 01:34:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517060691 | + | Email/Text: American@AABinfo.net | | |
| | | | Mar 02 2023 20:52:00 | American Adjustment Bu, Po Box 2758, Waterbury, CT 06723-2758 |
| 517060692 | + | Email/Text: American@AABinfo.net | | |
| | | | Mar 02 2023 20:52:00 | American Adjustment Bu, 73 Field St, Waterbury, CT 06702-1906 |
| 517060693 | + | Email/Text: American@AABinfo.net | | |
| | | | Mar 02 2023 20:52:00 | American Adjustment Bureau, Inc., 73 Field Street, Waterbury, CT 06702-1906 |
| 517263065 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 02 2023 20:49:51 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517060700 | + | EDI: TSYS2 | | |
| | | | Mar 03 2023 01:34:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517060699 | + | EDI: TSYS2 | | |
| | | | Mar 03 2023 01:34:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517060701 | + | EDI: LCIBAYLN | | |
| | | | Mar 03 2023 01:34:00 | Bayview Loan Servicing, 4425 Ponce De Leon BLVD, 5th Fl, Coral Gables, FL 33146-1839 |
| 517060702 | ^ | MEBN | | |
| | | | Mar 02 2023 20:45:22 | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 517060707 | | EDI: CAPITALONE.COM | | |
| | | | Mar 03 2023 01:34:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517060706 | + | EDI: CAPITALONE.COM | | |
| | | | Mar 03 2023 01:34:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517060708 | + | Email/Text: collections@cjfcu.org | | |
| | | | Mar 02 2023 20:51:00 | Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347 |
| 517060716 | + | Email/Text: clientservices@credit-control.com | | |
| | | | Mar 02 2023 20:52:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517060722 | + | EDI: CITICORP.COM | | |
| | | | Mar 03 2023 01:34:00 | Citibank, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517060720 | + | EDI: CITICORP.COM | | |
| | | | Mar 03 2023 01:34:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517060725 | + | EDI: CITICORP.COM | | |
| | | | Mar 03 2023 01:34:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517060724 | + | EDI: CITICORP.COM | | |
| | | | Mar 03 2023 01:34:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517060726 | + | EDI: WFNNB.COM | | |
| | | | Mar 03 2023 01:34:00 | Comenity Bank/nwyrk&co, 220 W Schrock Rd, Westerville, OH 43081-2873 |
| 517060728 | + | Email/Text: bankruptcy@credencerm.com | | |
| | | | Mar 02 2023 20:53:00 | Credence Resource Management, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1940 |

| 517060727 | + Email/Text: bankruptcy@credencerm.com | Mar 02 2023 20:53:00 | Credence Resource Management, Po Box 2300, Southgate, MI 48195-4300 |
|---|---|---|---|
| 517060729 | + Email/Text: bankruptcy@credencerm.com | Mar 02 2023 20:53:00 | Credence Resourse Management, LLC, PO Box 2390, Southgate, MI 48195-4390 |
| 517060731 | Email/PDF: DellBKNotifications@resurgent.com | Mar 02 2023 20:50:34 | Dell Financial Services, 1 Dell Way, Round Rock, TX 78682 |
| 517060730 | Email/PDF: DellBKNotifications@resurgent.com | Mar 02 2023 20:50:30 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 517060740 | + EDI: MAXMSAIDV | Mar 03 2023 01:34:00 | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517060732 | + EDI: MAXMSAIDV | Mar 03 2023 01:34:00 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 517218762 | + Email/Text: ECMCBKNotices@ecmc.org | Mar 02 2023 20:52:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517060748 | ^ MEBN | Mar 02 2023 20:45:09 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517060749 | ^ MEBN | Mar 02 2023 20:45:37 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518978837 | Email/Text: cashiering-administrationservices@flagstar.com | Mar 02 2023 20:53:00 | FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 518978838 | Email/Text: cashiering-administrationservices@flagstar.com | Mar 02 2023 20:53:00 | FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY, MI 48098-2639, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 517168059 | EDI: JEFFERSONCAP.COM | Mar 03 2023 01:34:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 517060751 | + Email/Text: abachman@rmbcollect.com | Mar 02 2023 20:53:00 | JFK Medical Center, 80 James Street, 4th Floor, Edison, NJ 08820-3938 |
| 517060718 | EDI: JPMORGANCHASE | Mar 03 2023 01:34:00 | Chase Mtg, 3415 Vision Dr, Columbus, OH 43219 |
| 517060719 | EDI: JPMORGANCHASE | Mar 03 2023 01:34:00 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 517060754 | Email/Text: govtaudits@labcorp.com | Mar 02 2023 20:52:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216 |
| 517274846 | + Email/Text: BKelectronicnotices@cenlar.com | Mar 02 2023 20:52:00 | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519349317 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 02 2023 20:52:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 519349318 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 02 2023 20:52:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 517207469 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2023 20:52:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517060757 | + EDI: NAVIENTFKASMSERV.COM | Mar 03 2023 01:34:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517060758 | + EDI: NAVIENTFKASMSERV.COM | Mar 03 2023 01:34:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 517118284 | EDI: AGFINANCE.COM | Mar 03 2023 01:34:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 517060761 | + EDI: AGFINANCE.COM | Mar 03 2023 01:34:00 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |

District/off: 0312-3 | User: admin | Page 4 of 6
Date Rcvd: Mar 02, 2023 | Form ID: 3180W | Total Noticed: 97

| | | | | |
|---|---|---|---|---|
| 517060762 | + | EDI: AGFINANCE.COM | Mar 03 2023 01:34:00 | OneMain, Po Box 1010, Evansville, IN 47706-1010 |
| 517060763 | + | EDI: AGFINANCE.COM | Mar 03 2023 01:34:00 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 517060765 | + | EDI: AGFINANCE.COM | Mar 03 2023 01:34:00 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517231102 | | EDI: PRA.COM | Mar 03 2023 01:34:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517131644 | | EDI: PRA.COM | Mar 03 2023 01:34:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517182727 | | EDI: PRA.COM | Mar 03 2023 01:34:00 | Portfolio Recovery Associates, LLC, c/o RCS Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 517182499 | | EDI: PRA.COM | Mar 03 2023 01:34:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517231101 | | EDI: PRA.COM | Mar 03 2023 01:34:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517137146 | | EDI: Q3G.COM | Mar 03 2023 01:34:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517060774 | + | Email/Text: clientservices@remexinc.com | Mar 02 2023 20:52:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 519729626 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 02 2023 20:52:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 519729627 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 02 2023 20:52:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, RightPath Servicing 75261-9096, ATTN: Bankruptcy Dept. |
| 517064217 | + | EDI: RMSC.COM | Mar 03 2023 01:34:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517060779 | + | EDI: RMSC.COM | Mar 03 2023 01:34:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517060781 | + | EDI: RMSC.COM | Mar 03 2023 01:34:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517060784 | ^ | MEBN | Mar 02 2023 20:44:45 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517359047 | | Email/Text: EDBKNotices@ecmc.org | Mar 02 2023 20:51:00 | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |
| 517171268 | + | EDI: AIS.COM | Mar 03 2023 01:34:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517060786 | + | EDI: WFFC2 | Mar 03 2023 01:34:00 | Wells Fargo Auto Finance, Attn: Bankruptcy, Po Box 29704, Phoenix, AZ 85038-9704 |
| 517060789 | + | EDI: WFFC2 | Mar 03 2023 01:34:00 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 517060788 | + | EDI: WFFC2 | Mar 03 2023 01:34:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 73

District/off: 0312-3    User: admin    Page 5 of 6
Date Rcvd: Mar 02, 2023    Form ID: 3180W    Total Noticed: 97

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| 517060705 | | Cap1/bstby |
| 517060690 | *+ | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 517060709 | *+ | Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347 |
| 517060710 | *+ | Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347 |
| 517060711 | *+ | Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347 |
| 517060712 | *+ | Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347 |
| 517060713 | *+ | Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347 |
| 517060714 | *+ | Central Jersey Fcu, 380 Berry St, Woodbridge, NJ 07095-3347 |
| 517060723 | *+ | Citibank, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517060727 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517060741 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517060742 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517060743 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517060744 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517060745 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517060746 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517060747 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 517060733 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 517060734 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 517060735 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 517060736 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 517060737 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 517060738 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 517060739 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 517060752 | *+ | JFK Medical Center, 80 James Street, 4th Floor, Edison, NJ 08820-3938 |
| 517060753 | *+ | JFK Medical Center, 80 James Street, 4th Floor, Edison, NJ 08820-3938 |
| 517060764 | *+ | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 517060766 | *+ | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517060770 | *+ | Raritan Bay Medical Center, PO Box 11664, Newark, NJ 07101-4664 |
| 517060771 | *+ | Raritan Bay Medical Center, PO Box 11664, Newark, NJ 07101-4664 |
| 517060772 | *+ | Raritan Bay Medical Center, PO Box 11664, Newark, NJ 07101-4664 |
| 517060780 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517060782 | *+ | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |

TOTAL: 1 Undeliverable, 32 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2023 at the address(es) listed below:

| Name | Email Address |
|------|---------------|

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Aleisha Candace Jennings
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC ajennings@raslg.com

Brian C. Nicholas
on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Charles G. Wohlrab
on behalf of Creditor LakeView Loan Servicing  LLC cwohlrab@raslg.com

Denise E. Carlon
on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC C/O FLAGSTAR BANK, FSB dmcdonough@flwlaw.com

Justin M Gillman
on behalf of Debtor Nereida E Alvarez ecf@gbclawgroup.com
GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Justin M Gillman
on behalf of Joint Debtor Miguel A. Perez ecf@gbclawgroup.com
GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Richard Gerbino
on behalf of Creditor LakeView Loan Servicing  LLC rgerbino@schillerknapp.com,
lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

Richard Gerbino
on behalf of Creditor Lakeview Loan Servicing  LLC by its servicing agent Nationstar Mortgage LLC
rgerbino@schillerknapp.com, lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13